UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES - GENERAL

| Case No. | CV 11-6331-PSG (SHx) | Date | April 24, 2013 |
|---|---|---|---|
| Title | *Avraham More-Yossef v. Eric H. Holder, et al.* | | |

Present: The Honorable Philip S. Gutierrez, United States District Judge

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     **(In Chambers)**: **Order DISMISSING Action**

On July 28, 2011, Plaintiff Avraham More-Yoseff ("Plaintiff") filed a petition for writ of mandamus to compel the government to declare his removal to Israel erroneous. *See* Dkt. # 8. On March 20, 2012, the Court ordered Plaintiff to direct service on the United States. *See* Dkt. # 9. However, Plaintiff failed to do so. Accordingly, on March 18, 2013, the Court ordered Plaintiff to show cause why the action should not be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m). *See* Dkt. # 10. Plaintiff was required to respond to the Court's Order to Show Cause ("OSC") no later than April 8, 2013. To date, Plaintiff has not filed a response to the OSC. Accordingly, the action is DISMISSED without prejudice.

**IT IS SO ORDERED.**